# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

EX REL NELSON, CHARLES,  : No. 72 EM 2016
:
Petitioner  :
:
:
:
v.  :
:
:
:
WELLS FARGO BANK, N .A., PHELAN  :
HALLINAN LLP, ROSEANN E.  :
WEISBLATT,  :
:
Respondents  :

## ORDER

**PER CURIAM**

 **AND NOW**, this 20th day of June, 2016, the Application for Extraordinary and/or King's Bench Jurisdiction is **DENIED**.